# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROOFERS LOCAL NO. 149 PENSION FUND, on behalf of itself and all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>GSK PLC, EMMA N. WALMSLEY, VICTORIA WHYTE, and IAIN MACKAY,<br><br>              Defendants. | Case No. 2:25-cv-00618-CFK<br><br>Hon. Chad F. Kenney<br>District Judge<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION OF OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM AND INDIANA PUBLIC RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Lead Plaintiff Movants Ohio Public Employees Retirement System ("Ohio") and Indiana Public Retirement System ("Indiana") respectfully move this Court for the entry of an Order: (1) appointing Ohio and Indiana as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Ohio's and Indiana's selection of Kessler Topaz Meltzer & Check, LLP and Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Ohio and Indiana are the "most adequate plaintiff" pursuant to the PSLRA. In support of this Motion, Ohio and Indiana submit herewith a Memorandum of Law, the Declaration of Naumon A. Amjed and all exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

Dated: April 7, 2025

Respectfully submitted,

s/ Naumon A. Amjed
Naumon A. Amjed (PA #309520)
**KESSLER TOPAZ MELTZER**
  **& CHECK, LLP**
Darren J. Check (PA #86279)
Ryan T. Degnan (PA #309305)
Karissa J. Sauder (PA #319196)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Hannah Ross
Avi Josefson
Scott R. Foglietta

1

1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
avi@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Ohio Public Employees Retirement System and Indiana Public Retirement System, and Proposed Lead Counsel for the Class*

2

**CERTIFICATE OF SERVICE**

I, Naumon A. Amjed, hereby certify that on April 7, 2025, I caused a true and correct copy of the foregoing Motion of Ohio Public Employees Retirement System and Indiana Public Retirement System for Appointment as Lead Plaintiff and Approval of Selection of Counsel to be filed electronically with the Clerk of the Court using the ECF system, and it is available for viewing and downloading from the ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/ Naumon A. Amjed*
Naumon A. Amjed (PA #309520)
**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com

*Counsel for Ohio Public Employees Retirement
System and Indiana Public Retirement System, and
Proposed Lead Counsel for the Class*

3