IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROOFERS LOCAL NO. 149 PENSION FUND, on behalf of itself and all others similarly situated,<br>   *Plaintiff*,<br><br>  v.<br><br>GSK PLC, EMMA N. WALMSLEY, VICTORIA WHYTE, and IAIN MACKAY,<br>   *Defendants*. | CIVIL ACTION<br><br>NO. 25-0618 |

## ORDER

**AND NOW**, this **8th** day of **May 2025**, upon consideration of the April 1, 2025 Stipulation (ECF No. 12), the Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (ECF No. 16), the representations made on the record at the in-person status conference on April 22, 2025, and the April 23, 2025 Stipulation (ECF No. 21), it is hereby **ORDERED** as follows:

1. The Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (ECF No. 16) is **GRANTED**.[1]

---

[1] The deadline to file Motions to Appoint Lead Plaintiff was April 7, 2025. The only motion filed on the docket on this date was that of proposed joint lead plaintiffs, the Ohio Public Employees Retirement System ("Ohio") and the Indiana Public Retirement System ("Indiana"). *See* ECF No. 16. At the in-person status conference on April 22, 2025, and in the subsequent April 23, 2025 Stipulation (ECF No. 21), the Parties represented to the Court that the combined Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (ECF No. 16) was unopposed, and the deadline for opposition had passed.

Even in light of this representation, it is incumbent on the Court to "consider the factors under the PSLRA to ensure that the movant is the most adequate plaintiff." *Lavin v. Virgin Galactic Holdings, Inc.*, No. 21-CV-3070 (ARR) (TAM), 2021 WL 5409798, at *4 (E.D.N.Y. Sept. 17, 2021). Upon review of the Motion, the Court adopts the reasoning set forth therein and finds that Ohio and Indiana (1) timely moved for appointment; (2) maintain "the largest financial interest in the relief sought by the class"; and (3) "otherwise satisf[y] the requirements of Rule 23 of the Federal Rules of Civil Procedure," here, typicality and adequacy. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); *In re Cendant Corp. Litig.*, 264 F.3d 201, 263–64 (3d Cir. 2001). Accordingly, the Motion to Appoint Lead Plaintiff is granted.

2. The April 1, 2025 Stipulation (ECF No. 12) is deemed superseded by and incorporated into the April 23, 2025 Stipulation (ECF No. 21) in all relevant respects.

3. The Court approves the agreed upon schedule set forth in the April 23, 2025 Stipulation (ECF No. 21). The schedule for filing the Operative Complaint and any response(s) thereto is as follows:

   a. Ohio and Indiana shall file the Operative Complaint by **Monday, July 7, 2025**;

   b. Defendants shall file any answer or motion(s) to dismiss within sixty (60) days of the filing of the Operative Complaint;

   c. If Defendants move to dismiss, Ohio and Indiana shall file their opposition(s) to the motions within sixty (60) days of the filing of Defendants' motion(s) to dismiss;

   d. Defendants shall file any reply brief(s) in further support of the motion(s) to dismiss within thirty (30) days of the filing of the opposition(s) by Ohio and Indiana.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

Furthermore, the Court adopts the reasoning set forth in the Motion regarding choice of lead counsel and grants the Motion for Approval of Selection of Counsel.