UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROOFERS LOCAL NO. 149 PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GSK PLC, EMMA N. WALMSLEY, and IAIN MACKAY,<br><br>Defendants. | Case No. 2:25-cv-00618-CFK<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that in accordance with the Court's Joint Stipulation and Order entered on May 8, 2025 (Dkt. 22) the undersigned counsel for Defendants GSK, plc ("GSK"), Dame Emma N. Walmsley, and Iain Mackay hereby move this Court for an Order dismissing the Amended Class Action Complaint with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned counsel shall rely upon the Memorandum in Support of the Motion to Dismiss the Amended Complaint, the Declaration of Michael S. Doluisio and accompanying exhibits filed therewith, and all other pleadings filed in this action. A proposed form of order is also submitted herewith. Oral argument is requested.

**DECHERT LLP**

*s/ Michael S. Doluisio*
Michael S. Doluisio (PA # 75060)
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2325
Fax: (215) 994-2222
michael.doluisio@dechert.com

Joni S. Jacobsen (*pro hac vice*)
Angela M. Liu (*pro hac vice*)
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3680
Fax: (212) 698-3599
joni.jacobsen@dechert.com
angela.liu@dechert.com

*Attorneys for Defendants*