## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROOFERS LOCAL NO. 149 PENSION : 
FUND, on behalf of itself and all others : 
similarly situated, :         **CIVIL ACTION**
       *Plaintiff*, : 
          :         **NO. 25-0618**
     **v.** : 
          : 
GSK PLC, et al., : 
     *Defendants*. : 

## ORDER

**AND NOW**, this **6th** day of **January 2026**, upon consideration of the Defendants' Motion for Leave to File a Response to Sur-Reply in Support of Defendants' Motion to Dismiss (the "Defendants' Motion") (ECF No. 41), it is hereby **ORDERED** as follows:

1. The Defendants' Motion is **GRANTED**.

2. The Clerk of the Court is **DIRECTED** to file Exhibit A of the Defendants' Motion as a separate docket entry.

           **BY THE COURT:**

           **/s/ Chad F. Kenney**

           **CHAD F. KENNEY, JUDGE**