IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROOFERS LOCAL NO. 149 PENSION FUND, on behalf of itself and all others similarly situated,** | : : : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-00618** |
| | : | |
| **GSK PLC, et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **4th** day of **March 2026**, upon consideration of Defendants' Motion to Dismiss (the "Defendants' Motion") (ECF No. 34), Plaintiffs' Opposition to Defendants' Motion to Dismiss (ECF No. 37), Plaintiffs' Opposition to Defendants' Requests for Judicial Notice and Consideration of Documents Purportedly Incorporated by Reference in Support of Their Motion to Dismiss (ECF No. 38), Defendants' Reply in Further Support of Motion to Dismiss (ECF No. 39), Plaintiffs' Sur-Reply in Further Opposition to Defendants' Motion to Dismiss (ECF No. 40), Defendants' Response to Plaintiffs' Sur-Reply in Further Support of Defendants' Motion to Dismiss (ECF No. 43), it is hereby **ORDERED** as follows:

1. Defendants' Motion (ECF No. 34) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.

2. Plaintiffs' Amended Complaint (ECF No. 25) is **DISMISSED WITH PREJUDICE** for the reasons stated in the accompanying memorandum opinion.

3. The Clerk of the Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**